Jones Motor Vehicle Operator License Case.

Argued September 11, 1968. *Edward J. Zetusky, Jr.,* with him *Eckell, Sparks, Monte & Zetusky,* for appellant; *Elmer T. Bolla,* Deputy Attorney General, with him *William C. Sennett,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM: Order affirmed, and a reinstated suspension shall be issued by the Secretary of Revenue within thirty days. See *Heffelfinger Motor Vehicle Operator License Case,* 199 Pa. Superior Ct. 97, 184 A. 2d 367 (1962).

Laver et al., Appellants, *v.* Philadelphia
Tax Review Board.

Argued September 11, 1968. *Stephen A. Cozen,* with him *Sydney C. Orlofsky,* and *Orlofsky and Cozen,* for appellants; *Levy Anderson,* First Deputy City Solicitor, with him *Frank J. Pfizenmayer,* Assistant City Solicitor, *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for Tax Review Board, appellee.

Order affirmed.